O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BETHELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>R. MADDEN, WARDEN,<br><br>　　　　　Respondent. | Case No. 2:17-cv-07233-VAP-KES<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The parties filed no objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: January 31, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE