JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BETHELL,<br><br>    Petitioner,<br><br>  v.<br><br>R. MADDEN, WARDEN,<br><br>    Respondent. | Case No. 2:17-cv-07233-VAP-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 31, 2018

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE